In the Matter of the Application for Appointment of a Committee of the Person and Property of AMELIA M. BROWN, an Alleged Incompetent Person, Respondent.

JOSEPH H. BROWN, Appellant.— Orders dismissing the petition reversed, with ten dollars costs and disbursements, and the prayer of the petitioner granted, for the reason that a *prima facie* case was made out which entitled the petitioner to the relief prayed-for.    Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.    Settle order on notice before Mr. Justice Manning.